## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **SHIRE PHARMACEUTICAL DEVELOPMENT INC., ET AL.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**LUPIN LIMITED, ET AL.,**<br><br>**Defendants.** | **Civil Action No. 8:15-CV-03437-GJH** |

### JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Shire Pharmaceutical Development Inc., Shire Development LLC, Cosmo Technologies Limited, and Nogra Pharma Limited and Defendants Lupin Limited, Lupin Pharmaceuticals Inc., Lupin Inc., and Lupin Atlantis Holdings SA hereby stipulate to dismissal with prejudice of all claims, counterclaims and defenses.  Each party shall bear its own fees and costs.

This 30th day of November, 2018.

/s/ James P. Ulwick _____
James P. Ulwick (MD Bar No. 00536)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269
julwick@kg-law.com

Edgar H. Haug
Joseph V. Saphia
Jessica H. Zafonte
HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
ehaug@haugpartners.com
jsaphia@haugpartners.com
jzafonte@haugpartners.com

*Attorneys for Plaintiffs Shire Pharmaceutical
Development Inc., Shire Development LLC,
Cosmo Technologies Limited, and
Nogra Pharma Limited*

/s/ Matthew T. Wagman _____
Matthew T. Wagman (Fed. Bar No. 26399)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Telephone: (410) 385-3859
Facsimile: (410) 385-3700
mwagman@milesstockbridge.com

Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-6330
deepro.mukerjee@kattenlaw.com
lance.soderstrom@kattenlaw.com

*Attorneys for Defendants Lupin Ltd., Lupin
Pharmaceuticals Inc., Lupin Inc., and Lupin
Atlantis Holdings SA*

IT IS SO ORDERED.

Dated: _____          _____
                                    Honorable George J. Hazel
                                    United States District Judge